In the Matter of the Probate of the Will of KARL VIRTANEN, Deceased. FRED W. CURTIS, as Executor Named in the Will, et al., Appellants; HULDA J. VIRTANEN et al., Respondents.— In a contested probate proceeding, the appeals are from a decree of the Surrogate's Court, Nassau County, denying probate, entered on a verdict to the effect that the propounded will was not duly executed. Decree unanimously affirmed, with costs to all parties filing separate briefs, except appellant Burdorf, payable out of the estate. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

CATHERINE KNAUP et al., Appellants, v. HORACE HARDING HOSPITAL et al., Respondents. (Action No. 1.) HORACE HARDING HOSPITAL, Respondent, v. JOHN C. KNAUP, Appellant, et al., Defendant. (Action No. 2.) — Appeal from an order denying a motion to consolidate an action by a hospital against a patient's husband and another to recover for services rendered to the patient with an action by the patient against the hospital and three physicians to recover damages for personal injuries alleged to have been sustained by her during the performance of a surgical operation, and by her husband for medical expenses and loss of services. In the latter action, neither the complaint nor the bill of particulars states facts which constitute a sufficient showing of a cause of action against the hospital for any wrong committed in connection with the rendition of its services. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.

VINCENZO LA MARCO, Appellant, v. GREAT ATLANTIC & PACIFIC TEA COMPANY, Respondent, et al., Defendant.— Action to recover damages for personal injuries, alleged to have been sustained when appellant fell on a sidewalk, littered with refuse, which sidewalk abutted a building leased by respondent. The appeal is from a judgment entered on the verdict of the jury in favor of respondent and against appellant. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.